IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ERIC W. GARAND,

        Plaintiff,

v.

AMERICAN EXPRESS CENTURION BANK, CHASE BANK USA NA, GE CAPITAL RETAIL BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO BANK, N.A.,

        Defendants.

Civil No. 1:14-cv-00351-LMB-IDD

## **NOTICE OF APPEARANCE**

Please note the appearance of Michael R. Ward of Morris & Morris as counsel of record for Trans Union in this case.

Respectfully submitted,

/s/
Michael R. Ward
Virginia State Bar #41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300  Telephone
(804) 344-8359  Facsimile
mward@morrismorris.com

DATED: October 1, 2014.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of June, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Joelle Erica Gotwals<br>jgotwals@metlawgrp.com<br>The Metropolitan Law Group<br>8230 Boone Boulevard, Suite 370<br>Vienna, VA 22182<br>***Counsel for Plaintiff*** | Terry Catherine Frank<br>tcfrank@kaufcan.com<br>Kaufman & Canoles PC<br>1021 E Cary St Suite 1400<br>Two James Center<br>PO Box 27828<br>Richmond, VA 23219<br>***Counsel for Wells Fargo Bank*** |
| David Neal Anthony<br>david.anthony@troutmansanders.com<br>Troutman Sanders LLP<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>***Counsel for Experian Info. Solutions, Inc.*** | John Willard Montgomery, Jr.<br>John W. Montgomery Jr. Attorney PLC<br>2116 Dabney Rd<br>Suite A-1<br>Richmond, VA 23230<br>jmontgomery@jwm-law.com<br>***Counsel for Equifax*** |
| Stephen Andrew Cobb<br>scobb@milesstockbridge.com<br>Miles & Stockbridge PC (McLean)<br>1751 Pinnacle Dr., Suite 1500<br>Tysons Corner, VA 22102-3833<br>***Counsel for Chase Bank*** | |

                              /s/
                              Michael R. Ward
                              Virginia State Bar #41133
                              Attorney for Defendant Trans Union LLC
                              Morris & Morris, P.C.
                              PO Box 30
                              Richmond, VA 23218
                              (804) 344-8300  Telephone
                              (804) 344-8359  Facsimile
                              mward@morrismorris.com