IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ERIC W. GARAND, | |
| Plaintiff, | |
| v. | Case No.: 1:14-cv-351 |
| AMERICAN EXPRESS CENTURION BANK, *et al.,* | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO CHASE BANK USA, N.A.**

COMES NOW the Plaintiff, Eric W. Garand, and together with Defendant Chase Bank USA N.A., by and through their undersigned counsel of record and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby advise the Court that Chase Bank USA, N.A., is dismissed from this proceeding with prejudice with each side bearing his/its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joelle Gotwals* | /s/ *Stephen Cobb* |
| Joelle Erica Gotwals VSB #76779 | Stephen Cobb VSB #75876 |
| The Metropolitan Law Group | Miles & Stockbridge |
| Vienna, VA 22182 | 1751 Pinnacle Drive, Suite 1500 |
| 703-288-3215 (p) | Tysons Corner, Virginia 22102 |
| 703-288-3214 (f) | 703-903-9000 (p) |
| jgotwals@metlawgrp.com | 703-610-8686 (f) |
| *Counsel for Plaintiff* | scobb@milesstockbridge.com |
| | *Counsel for Defendant Chase Bank USA, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2014, copies of the foregoing were served via ECF and first class mail, postage prepaid on the following:

**Joelle Erica Gotwals**
The Metropolitan Law Group
8230 Boone Boulevard, Suite 370
Vienna, VA 22182
Phone: 703-288-3215
Fax: 703-288-3214
Email: jgotwals@metlawgrp.com
*Counsel for Plaintiff*

**John Willard Montgomery, Jr.**
John W. Montgomery Jr. Attorney PLC
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
Phone: 804-355-8744
Fax: 804-355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Defendant, Equifax Information Services, LLC*

**David Neal Anthony**
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Phone: 804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

**Grant Edward Kronenberg**
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Phone: 804-344-6334
Fax: 804-344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Defendant Trans Union LLC*

**Terry Catherine Frank**
Kaufman & Canoles PC (Richmond)
1021 E Cary St Suite 1400
Two James Center
PO Box 27828
Richmond, VA 23219
Phone:  804-771-5745
Fax: 804-771-5777
Email: tcfrank@kaufcan.com
*Counsel for Defendant Wells Fargo Bank, N.A.*


                                                             /s/
                                           Stephen A. Cobb